# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNA Q. RHEE, | No. 2:18-CV-2274-KJM-DMC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| LISA VAN DE HEY, et al., | |
| Defendants. | |

   Plaintiff, who is proceeding pro se, brings this civil action. The matter is currently set for hearing on defendants' amended motion to dismiss on October 31, 2018, before the undersigned in Redding, California. The matter is also set for an initial scheduling conference before the undersigned on November 28, 2018. Pending before the court are plaintiff's requests (Docs. 13 and 14) for clarification and for an extension of time to respond to defendants' amended motion to dismiss.

   On August 23, 2018, the court issued findings and recommendations that this action be dismissed. The hearing on defendants' amended motion to dismiss and the initial scheduling conference are both vacated pending review of the August 23, 2018, findings and recommendations by the District Judge, and further briefing on defendants' amended motion to dismiss is suspended. In light of the foregoing, plaintiff's requests for an extension of time are denied.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The October 31, 2018, hearing on defendants' amended motion to dismiss is vacated;

2. The November 28, 2018, initial scheduling conference is vacated;

3. Further briefing on defendants' motion to dismiss is suspended; and

4. Plaintiff's requests for an extension of time are denied.

Dated: October 11, 2018

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE